**Robert Hamilton**
**Office of the Federal Public Defender**
**101 S.W. Main Street, Suite 1700**
**Portland, Oregon 97204**
**(503) 326-2123 Telephone**
**(503) 326-5524 Facsimile**
**robert_hamilton@fd.org**

**Attorney for Defendant**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:20-cr-00436-IM-1 |
| **Plaintiff,** | |
| v. | **UNOPPOSED MOTION TO CONTINUE TRIAL DATE** |
| **KRISTOPHER MICHAEL DONNELLY,** | |
| **Defendant.** | |

Defendant, Kristopher Michael Donnelly, through his attorney, Robert Hamilton, hereby moves the Court, pursuant to Fed. R. Crim. P. 12 and 18 U.S.C. § 3161(h), for an order rescheduling the trial date from February 16, 2021, to May 17, 2021, or such date thereafter convenient to the Court. This motion is based on the reasons set forth in the accompanying declaration of counsel and is unopposed by Assistant United States Attorney Thomas Ratcliffe.

Mr. Donnelly was arraigned on September 25, 2020, on one count of Civil Disorder. One prior continuance of the trial date has been sought by the defense.

Mr. Donnelly understands that this motion will result in excludable delay under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Respectfully submitted on February 2, 2021.

    */s/ Robert Hamilton*
Robert Hamilton
Assistant Federal Public Defender