**Robert Hamilton, OSB No. 012730**
**Assistant Federal Public Defender**
**Email: robert_hamilton@fd.org**
**101 SW Main Street, Suite 1700**
**Portland, OR  97204**
**Tel: (503) 326-2123**
**Fax: (503) 326-5524**

**Attorney for Defendant**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:20-cr-00436-IM-1 |
| **Plaintiff,** | |
| v. | **DECLARATION OF COUNSEL IN SUPPORT OF UNOPPOSED MOTION TO CONTINUE TRIAL DATE** |
| **KRISTOPHER MICHAEL DONNELLY,** | |
| **Defendant.** | |

I, Robert Hamilton, declare:

1. I am the attorney appointed to represent Kristopher Michael Donnelly in the above-entitled case.

2. A jury trial in this case is currently scheduled for May 18, 2021. Mr. Donnelly was arraigned on September 25, 2020. Two continuances have been sought by the defense.

3. Mr. Donnelly has received discovery and the defense is conducting investigation in his case, including obtaining information relating to circumstances of the offense and Mr. Donnelly's background. This information relates to pretrial litigation, trial, and sentencing. The government has also proposed a settlement whereby this case will be dismissed if a resolution is reached in the state court case involving related charges. Counsel is working with Mr. Donnelly's state attorney to reach a resolution in the state case. Mr. Donnelly therefore respectfully requests that this Court continue his case for a period of 90 days or more to accomplish these tasks.

4. I have discussed with Mr. Donnelly his right to a speedy trial. He agrees to the continuance and knows it will result in excludable delay under the provisions of 18 U.S.C. § 3161(h)(7)(A) of the Speedy Trial Act.

5. Assistant United States Attorney Thomas Ratcliffe has no objection to this motion.

6. I make this motion in good faith and not for the purpose of delay.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed on May 6, 2021, in Portland, Oregon.

      /s/ Robert Hamilton
      Robert Hamilton
      Assistant Federal Public Defender