SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
**THOMAS S. RATCLIFFE, ILSB #6243708**
Assistant United States Attorney
Thomas.Ratcliffe@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00436-IM |
| v. | MOTION TO DISMISS WITH PREJUDICE |
| KRISTOPHER MICHAEL DONNELLY, | |
| Defendant. | |

The government moves the Court for an Order under Fed. R. Crim. P. Rule 48(a) to dismiss with prejudice the indictment against Defendant, in the best interests of justice.

Dated: October 10, 2021          Respectfully submitted,

                                 SCOTT ERIK ASPHAUG
                                 Acting United States Attorney

                                 */s/ Thomas S. Ratcliffe*
                                 THOMAS S. RATCLIFFE, ILSB #6243708
                                 Assistant United States Attorney